UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLE BUCKINGHAM,

                Plaintiff,

  v.

THORNHILL, et al.,

                Defendants.

Case No. C19-5970-RBL-TLF

REPORT AND RECOMMENDATION

Noted for **December 13, 2019**

On October 11, 2019, plaintiff, Kyle Buckingham, submitted a *pro se*, 42 U.S.C. § 1983 civil rights complaint and an *in forma pauperis* ("IFP") application. Dkt. 1. By letter dated October 15, 2019, the Clerk informed plaintiff that his IFP application was deficient in that the proper IFP form had not been submitted. Dkt 2. The letter provided the correct IFP form and directed plaintiff to fill out the form in full and return it to the Court. *Id.* The letter further informed plaintiff that the status of his case could be affected if the deficiencies were not corrected and that the failure to respond to the letter by November 14, 2019 may result in dismissal of the case. *Id.*

The same day the Clerk also issued an amended letter informing plaintiff that he must either pay the $400.00 filing fee or submit an application to proceed IFP and that he must also submit a prison trust account statement showing transactions for the last 6 months. Dkt. 3. The Clerk informed plaintiff that failure to respond to the letter by November 14, 2019 may result in

REPORT AND RECOMMENDATION - 1

1   dismissal of the case. Dkt. 3.

2       On October 18, 2019, plaintiff submitted a copy of his prison trust account statement and
3   the correct IFP form but failed to answer several of the questions on the IFP form. Dkt. 4. The
4   Clerk sent plaintiff another letter on October 18, 2019, informing him the IFP application
5   remained deficient and that he must answer all of the questions on the IFP application form. Dkt.
6   5. The letter further stated that if plaintiff failed to respond to the letter by November 18, 2019,
7   the case may be subject to dismissal. *Id.*

8       Petitioner has not responded to the Clerk's letter to cure the deficiencies in his IFP
9   application. The Court thus recommends this case be **DISMISSED without prejudice and with**
10  **leave to re-file** due to plaintiff's failure to comply with a directive of the Court.

11      The parties have **fourteen (14) days** from service of this Report and Recommendation to
12  file written objections thereto. 28 U.S.C. § 636(b)(1); Federal Rule of Civil Procedure (FRCP)
13  72(b); *see also* FRC P 6. Failure to file objections will result in a waiver of those objections for
14  purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed
15  by Fed. R. Civ. P. 72(b), the Clerk is directed set this matter for consideration on **December 13,**
16  **2019**, as noted in the caption.

17      Dated this 26th day of November, 2019.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2