UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLE BUCKINGHAM,

            Plaintiff,

v.

THORNHILL, et al.,

            Defendants.

Case No. C19-5970-RBL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 6], recommending that the Court dismiss the action due to plaintiff's failure to comply with a directive of the Court:

(1) The Magistrate Judge's Report and Recommendation is ADOPTED;

(2) plaintiff's complaint is DISMISSED without prejudice and with leave to re-file; and

(3) the Clerk is directed to close the case and send copies of this Order to plaintiff.

IT IS SO ORDERED.

Dated this 13th day of December, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1